**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

**United States of America**

**-vs-**                                                    **Case No.   2:25-cr-20**

**Fabcon Precast, LLC,**

**COURTROOM   MINUTES**

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | June 9, 2025 At 10:30 AM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Adam Cullman |
| RECORD: | Lahana DuFour | COUNSEL FOR DEFT(S). | Mark Collins David DeVillers (Daniel West – General Counsel for Fabcon) |
| INTERPRETER: | | Pretrial/Probation | Brent Willoughby |

Sentencing Hearing

-Family spoke on behalf of Zachary Ledbetter
-Organizational Defendant Fabcon Precast LLC placed on probation for a period of 2 years; fined $500,000